IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

        **VS**　　　　　　　　　　　　　　**CR NO. 2:18-CR-01017-DCN-1**

**Tiffany Reed**

# PLEA

The defendant, **Tiffany Reed**, having withdrawn her plea of Not Guilty entered, January 9, 2019 pleads guilty to **Count(s)** ___1___ of the **Indictment**/Superseding **Indictment**, after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
May 13, 2019